SCHNABEL v. AMERICAN EDUCATIONAL ALLIANCE. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by E. Carl Schnabel against the American Educational Alliance. No opinion. Application denied, with $10 costs. Order signed. See, also, 79 Misc. 624, 140 N. Y. Supp. 369.

SCHULTZE, Appellant, v. HUTTLINGER, Respondents (two cases). (Supreme Court, Appellate Division, First Department. June 19, 1914.) Actions by Walter Schultze against Oscar Huttlinger. Geo. H. Englehard, of New York City, for appellant. Charles E. Thorn, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed. See, also, 160 App. Div. 882, 144 N. Y. Supp. 1144.

SCHUNK, Respondent, v. EISENBERG, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 29, 1914.) Action by William Schunk, an infant, etc., against William Eisenberg. No opinion. Judgment and order affirmed, with costs.

SCHWARTZ, Respondent, v. FOX et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Samuel Schwartz against J. Willett Fox and others. No opinion. Motion denied, without costs. See, also, 147 N. Y. Supp. 1140; 148 N. Y. Supp. 1143.

SCHWARTZ v. FOX et al. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Samuel Schwartz against J. Willett Fox and others. No opinion. Judgment of the City Court of Yonkers affirmed by default, with costs. See, also, 148 N. Y. Supp. 1143.

In re SCHWARTZ & COHN, Inc. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) In the matter of the application of Schwartz & Cohn, Incorporated, for leave to withdraw moneys, etc. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

SCHWARZ, Appellant, v. DANZIGER, Respondent. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Doris Schwarz against Isaac J. Danziger. L. M. Wallstein, of New York City, for appellant. J. E. Salomon, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted. Order filed.

In re SCOVILL et al. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) In the matter of the final judicial settlement of the accounts of Edward Tracy Scovill and another, as executors, etc., of John Hyland, deceased. No opinion. Decree reversed, and new trial granted, with costs to appellant to abide the event. *Held,* that the finding that the alleged promissory note was made by the testator is contrary to and against the weight of the evidence.

SEAMAN, Appellant, v. INCORPORATED VILLAGE OF MINEOLA, Respondent. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Arnold Seaman against the Incorporated Village of Mineola. No opinion. Judgment of the County Court of Nassau County unanimously affirmed with costs.

SEIFTER, Respondent, v. AMERICAN BONDING CO. OF BALTIMORE, Appellant. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Frederick Seifter against the American Bonding Company of Baltimore. No opinion. Order affirmed, with $10 costs and disbursements.

SELDNER, Respondent, v. BITTNER, Appellant. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Harry Seldner against John Bittner. No opinion. Judgment and order of the County Court of Kings County unanimously affirmed, with costs.

SEXAUER & LEMKE v. KROYWEN REALTY CO. et al. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Action by Sexauer & Lemke against the Kroywen Realty Company and others. F. Hulse, of New York City, for appellants. A. P. Wilkes, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SHEPARD, Respondent, v. McDOUGALL, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Emily Shepard against Ezra McDougall. PER CURIAM. Judgment and order affirmed, with costs. KELLOGG, J., dissents.

SHERWOOD v. FISHER. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Lorenzo W. Sherwood against Alexander F. Fisher. No opinion. Application denied, with $10 costs. Order signed. See, also, 148 N. Y. Supp. 1143.

SHERWOOD v. FISHER. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Lorenzo W. Sherwood against Alexander F. Fisher. No opinion. Motion denied, with $10 costs. Order filed. See, also, 148 N. Y. Supp. 1143.

SIDERIS, Appellant, v. ALMAHAR CONST. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.)